UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TWAIN CLEMANS, Jr., ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> JAMES A. YATES, Warden, et al., ) <br> ) <br> Respondents. ) <br> ) <br> _____ ) | Civil No.07cv1162 WQH (PCL) <br><br> **ORDER DENYING MOTION FOR A SIXTY-DAY EXTENSION OF TIME TO FILE ANOTHER RESPONSE TO RESPONDENTS' MOTION TO DISMISS** <br><br> [Doc. 17.] |

Now before this Court is Petitioner's second request for an extension of time to file another response to Respondents' Motion to Dismiss. (Doc. 17.) This Court already has granted Petitioner until **February 28, 2008** to file another response to the Motion to Dismiss. (See Order dated January 28, 2008.) With Plaintiff's circumstances being the same as they were when he originally requested an extension of time to file another response, Petitioner's second request for an extension of time is DENIED.

1

07cv1162

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Clerk of Court is instructed to mail this Order along with the Court's January 28, 2008 Order directly to Petitioner, as he is apparently proceeding *pro se* at this time.

IT IS SO ORDERED.

Dated: February 12, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc: The Honorable Hayes; all counsel of record